UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELE L. PETTIFORD, individually, and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,<br><br>                     Defendant. | No. 7:23-cv-08517-PMH<br><br>**MOTION FOR ADMISSION**<br>***PRO HAC VICE*** |

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Jeff Ostrow, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff, Michele L. Pettiford, in the above-captioned action.  I am in good standing of the bar of the State of Florida and District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred or denied admission or readmission by any court.  I have attached the affidavit pursuant to Local Rule 1.3.

Dated: November 3, 2023

                                            Respectfully submitted,

                                            *By: /s/ Jeff Ostrow*_____
                                            Jeff Ostrow
                                            **KOPELOWITZ OSTROW**
                                            **FERGUSON WEISELBERG GILBERT**
                                            One West Las Olas Boulevard, Suite 500
                                            Fort Lauderdale, Florida 33301
                                            Telephone: 954-525-4100
                                            Facsimile: 954-525-4300
                                            ostrow@kolawyers.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHELE L. PETTIFORD, individually, and on behalf of all others similarly situated,

                    Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION and JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.,

                    Defendant.

No. 7:23-cv-08517-PMH

**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

---

Jeff Ostrow, being duly sworn, hereby deposes and says as follows:

1. I am a partner with the law firm of Kopelowitz Ostrow Ferguson Weiselberg Gilbert.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State(s) of Florida and District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I [circle one] **have** or **have not** been convicted of a felony. [If you circled "have," please describe facts and circumstances.]

6. I [circle one] **have** or **have not** been censured, suspended, disbarred or denied admission or readmission by any court. [If you circled "have," please describe facts and circumstances.]

7. Wherefore your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff Michele L. Pettiford.

Dated: November 3, 2023

Respectfully submitted,

By: _____
Jeff Ostrow
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
Facsimile: 954-525-4300
ostrow@kolawyers.com

STATE OF FLORIDA        )
                        ) SS:
COUNTY OF BROWARD       )

BEFORE ME, the undersigned authority, personally appeared Jeff Ostrow, who, being first duly sworn, acknowledges that he has read the foregoing and that it is true and correct.

SWORN TO AND SUBSCRIBED before me this 3rd day of November, 2023.

_____
NOTARY PUBLIC, STATE OF FLORIDA

Sandra Marcheco
NAME OF NOTARY PUBLIC, (PRINT, STAMP OR TYPE AS COMMISSIONED)

✓ PERSONALLY KNOWN TO ME,

OR
____ PRODUCED IDENTIFICATION:

Type of Identification Produced:

My Commission Expires:

SANDRA MARCHECO
MY COMMISSION # HH 013618
EXPIRES: June 23, 2024
Bonded Thru Notary Public Underwriters

# Supreme Court of Florida
## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**JEFFREY M OSTROW**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **OCTOBER 6, 1997,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this OCTOBER 5, 2023.*

*Clerk of the Supreme Court of Florida*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Jeffrey Miles Ostrow

was duly qualified and admitted on October 12, 2022 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 03, 2023.*

**JULIO A. CASTILLO**
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*